**13 CV 7413**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMRAN. L. MOSTAFA
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York

at Mid Hudson Psychatric
Center Hospital

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
OCT 18 2013
PRO SE OFFICE

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  OMRAN · L · MOSTAFA ·
            ID #   8543
            Current Institution   P.O Box 158 - Route 17 M
            Address  Mid Hudson Psychatric
            Center Hospital, New Hampton
            N.Y 10958-0158   H.U. 43-44.

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1.   Name  City of New York   Shield # 43-44 H-U
                   Where Currently Employed  at mid Hudson center
                   Address  P.O Box 158   Route 17 M
                   New Hampton N.Y 10958

Rev. 05/2010                                    1

Defendant No. 2   Name PATiENT Account  Shield # H.U 43-44
Where Currently Employed MISS Diane TAUROS, MIS: Linda MANGER
Address Mid Hudson Center Route 17 M
New Hampton New York 10958

Defendant No. 3   Name Mid Hudson Center  Shield #_____
Where Currently Employed MR: JOSE SEGURA
Address Director Administration at
New Hampton New York 10958

Defendant No. 4   Name Luther Hamiliton  Shield # Director Manger
Where Currently Employed Mid Hudson center
Address New Hampton New york 10958
Route 17 M. H.U. 43-44.

Defendant No. 5   Name Peggi Healy, Exective Director  Shield #_____
Where Currently Employed _____ at Mid
Address Hudson Center P.o. Box 158
Rout 17 M, New Hamption
N.Y 10958.

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
in the Mid Hudson Facility Before I To be A place in institution at the Jail

B. Where in the institution did the events giving rise to your claim(s) occur?
at Mid Hudson hospital. P.o-Box 158 Route 17 M New Hampton N.Y 10958

C. What date and approximate time did the events giving rise to your claim(s) occur?
at the day _____ I Retening to Jail on the day 4/17/2012

D. Facts:

*What happened to you?*

Stolen property account patient unauthorized use by not sent my money account to the facility at Rikers Island. on the day 4/16/2012

*Who did what?*

and stolen property account moneys. at the patient Account Manger. her name is Mis: Linda and MR Jose Segura Director Administration

*Was anyone else involved?*

and MR: Peggy Healy Executive Director and MR: Hamilton. the Director Manager and Social services and mis Leantay

*Who else saw what happened?*

I have my Release monye Reseot and I did not get my property moneys. is missing it is illegal fraud. and violated my right.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I went throught pain and Anguish suffering for not geting my property Moneys and cruel unusual punishment and framed, and losing my moneys and Montel Anguish and no geting my Hyginic need.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ___

IF YES, name the jail, prison, or other correctional facility where you were confined at the time of the event giving rise to your claim(s). _Chapen on the Jail facility and Mid Hudson Center Route 17M, at New Hampton, NY 10958._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓     No ___     Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___     No ✓     Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓     No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓     No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _at the facility and the mid Hudson center_

1. Which claim(s) in this complaint did you grieve? _Claim No: 2012 P D022439 Acknowledgment_

2. What was the result, if any? _Acknowledgment my claim by resolve how suite - Law suite_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _I have Ben granted acknowledge my claim by the court office the comptroller to reate my claim and resolve by law suite._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _I did file grievance and was No resoulve to my mony property._

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their responses, if any: to the city of New york office of comptroller at "1" center street Room 1200 New York. NY 10007

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. that about the facts is the patient account manager and the social services mrs linda and mis leantoy and the Director MR Hamilton and MR Peggs damage my property moneys account by not send my moneys and un authorized use and steling

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I aske to get my property Moneys and pay one melion Dollar to me and to the city of New York becaus the mid hudson center Account has violated my Right it is a illegale A illeagal froud to steling my moneys property and damage my life and property monys and suffering from Hyginic need and Freamed and losing my moneys and my freedom.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ N/A _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _8_ day of __22__, 20_13_

Signature of Plaintiff _OMR lab_____ Mostof__

Inmate Number _8543_

Institution Address _P.O Box 158 Mid Hudson Center Hospital Rout 17 M New Hampton New York 10958  H.U.43-44_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _8_ day of __22__, 20_13_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _OMR lab_____ Mostof__



**THE CITY OF NEW YORK**
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and Adjustment

015 - 151

John C. Liu
COMPTROLLER

Date:      08/30/2012
Claim No:  2012PD022439
RE:        Acknowledgment of Claim

MOSTAPA OMRAN 8951200473
15-15 HAZEN ST
BRONX, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson



RECEIVED
OCT 1 8 2013
PRO SE OFFICE